DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HORACE JOHNSON III,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-1321

_____

December 13, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

PER CURIAM.

Affirmed.

MORRIS, SMITH, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.